ACCEPTED
03-14-00765-CV
5594663
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 9:24:03 AM
JEFFREY D. KYLE
CLERK



# Strasburger
### ATTORNEYS AT LAW

June 9, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 9:24:03 AM
JEFFREY D. KYLE
Clerk

JUDITH R. BLAKEWAY
210.250.6004
judith.blakeway@strasburger.com

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

RE:   No. 03–14–00765–CV; Nancy Jo Rodriguez v. The Walgreen Company and Sara
      Elizabeth McGuire; Third Court of Appeals, Austin Division

Dear Mr. Kyle:

Please note that I will be on vacation on the following dates and will be unavailable for hearings, settings or trials:

**August 31 – September 11, 2015**

By copy of this letter, I am advising all attorneys of record of my vacation schedule and ask that they provide me the courtesy of scheduling hearings, discovery, and depositions at times convenient to all parties prior to or subsequent to the dates above–listed.

Respectfully submitted,

*/s/ Judith R. Blakeway*
JUDITH R. BLAKEWAY
State Bar No. 02434400
judith.blakeway@strasburger.com
CYNTHIA DAY GRIMES
State Bar No. 11436600
Cynthia.Grimes@strasburger.com
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
(210) 250-6003 Telephone
(210) 258-2706 Facsimile

**ATTORNEYS FOR APPELLEES
THE WALGREEN COMPANY AND
SARA ELIZABETH MCGUIRE**

JRB/rmc

**Strasburger & Price, LLP**
2301 Broadway | San Antonio, Texas 78215- 1157 | 210.250.6000 tel | 210.250.6100 fax | www.strasburger.com
Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC


# Strasburger
ATTORNEYS AT LAW

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
March 11, 2014
Page 2


cc:    Lannie Todd Kelly
        Cynthia Day Grimes